# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 08-14356-CIV-MARTINEZ/WHITE

# The attached hand-written document
# has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

DANIEL WEAVER,
Plaintiff,

V.

**08-14356-CIV-MARTINEZ/WHITE**

MARTIN COUNTY,
DEFENDANTS.

FILED by ___ D.C.
ELECTRONIC

**OCT 15, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

10-5-08

cat / div 1983 FTP
Case # 08 CV 14356
Judge JEM Mag. PAW
Motn Ifp NO Fee pd $ 0
Receipt # _____

DANIEL WEAVER, CURRENTLY IN PRISON AT NEW RIVER WEST CORRECTIONAL INSTITUTION would like to SUBMITTED A letter to the Court IN which I would like to FILE A Lawsuit ON behalf of the color of my skin, which WAS CONSTRUED FOR the 54 MONTHS IN PRISON, with credit for time served.

BECAUSE OF the color of my skin I WAS GIVEN 54 MONTHS FOR TWO COUNTS OF AGGRAVATED FLEEING AND ELUDING WHERE THERE WAS ONLY ONE HIGH SPEED CHASE, VIOLATED the prohibition against double jeopardy IN the FLORIDA and UNITED STATES Constitutions.

I HAVE BEEN UNDER MENTAL and physical stress and pain, SINCE I'VE being IN PRISON.

IF I WAS GIVEN A RESONABLE bond, I do feel that I would NOT have been given 54 MONTHS, I tried SERVAL times to tell MY ATTORNEY, Judge AND the State Attorney that they could NOT charge ME with the TWO COUNTS OF AGGRAVATED FLEEING AND ELUDING.

THE GRIEVEMAN of this Lawsuit IS that the color of MY SKIN has CAUSE ME, TO be TAKEN AWAY FROM MY FAMILY AND MY DAUGHTERS AS WELL

AS MY grandkids, this only have given ME STRESS and high blood pressure SOMEthing that has happen SINCE IVE DEEN here IN prison.

ALL I want to do is die a happy free man, and try to have a productive life... I also believe in LOVE and here is my Quote:

WERE ONLY ON EARTH FOR A little while so live life to the fullest AND Always carry a smile, you can not put a price on hope It's priceless.

MAY God continue to BLESS you and your STAFF.

SINCERLEY

MR. DANIEL T WEAVER B-079188
NEW RIVER WEST CORRECTIONAL INSTITUTION
7819 N.W. 228th STREET
RAIFORD, FLORIDA 32026 / 3550
N1/119 UPPER